IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02426-MSK-MJW

ALI AFSHIN AGHILI,

       Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, District Director of the United States Citizenship and Immigration Services,
  Homeland Security,

       Respondents.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  Counsel shall *bring their calendars.*

The parties shall be prepared to address the scheduling of subsequent proceedings in this case.

Dated this 5th day of January, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge