IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02426-MSK-MJW

ALI AFSHIN AGHILI,

    Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, District Director of the United States Citizenship and Immigration Services,
  Homeland Security,

    Respondents.

## ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the hearing scheduled to commence on March 22, 2007 is **VACATED** and **RESET** to **April 23, 2007 at 2:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of February, 2007

                BY THE COURT:

                Marcia S. Krieger
                United States District Judge