IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02426-MSK-MJW

ALI AFSHIN AGHILI,

    Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, District Director of the United States Citizenship and Immigration Services,
  Homeland Security,

    Respondents.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Joint Motion to Dismiss by Stipulation of the Parties Because Plaintiff Ali Afshin Aghili's Substantive Claims are Now Moot" **(#6)** filed April 10, 2007.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk shall close this case.*

Dated this 10th day of April, 2007

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge